IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

JAMIE MYERS,

    Plaintiff,

vs.

    Case No. 00-CV-674-H(M)

THE CITY OF TULSA, a municipal corporation, THE FRATERNAL ORDER OF POLICE CREDIT UNION,

    Defendants.

FILED
FEB 2 8 2001
Phil Lombardi, Clerk
U.S. DISTRICT COURT

RECEIVED
FEB 2 8 2001
Phil Lombardi, Clerk
U.S. DISTRICT COURT

**RELEASE AND SATISFACTION OF JUDGMENT UPON AGREED SETTLEMENT**

Plaintiff Jamie Myers does hereby acknowledge receipt from Defendant City of Tulsa in the above-entitled cause the amount due upon the judgment rendered in said action on February 15, 2001, as reflected in the Journal Entry of Judgment Upon Agreed Settlement entered upon the docket herein on said date, in favor of the Plaintiff herein and against Defendant City of Tulsa, which sum is received and accepted in full payment and satisfaction of said judgment, including interest, costs, and fees, and in full payment and satisfaction of any and all liens and claims in said cause and in and to the proceeds of said judgment, and Plaintiff Jamie Myers does hereby release, acquit, and forever discharge Defendant City of Tulsa of and from liability to and demand of the undersigned, in respect said cause and judgment.

Dated this 27th day of February, 2001.

JAMIE MYERS

Dale Ellis, OBA # 12280
Attorney at Law
2624 East 21st Street, Suite One
Tulsa, Oklahoma 74114
(918) 742-0895