FILE COPY

dh

United States District Court
for Northern District of Oklahoma
April 26, 2001

Dale Ellis, Esq.
2624 E 21st St
Ste 1
Tulsa, OK  74114

---

CIVIL MINUTES

---

4:00-cv-00674          Meyers v. Tulsa, City of

DOCKET ENTRY

MINUTE ORDER:  by Judge Sven Erik Holmes:  IT IS HEREBY ORDERED that the SUMMARY JUDGMENT HRG set for 7/20/01 is moved up to an earlier date and reset for 2:30 p.m. on 7/6/01 (cc: all counsel)

Hon. Sven Erik Holmes, Judge