# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMIE MEYERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 00-CV-674-H(M) |
| ) | |
| THE CITY OF TULSA, a municipal ) | |
| Corporation, THE FRATERNAL ) | |
| ORDER OF POLICE CREDIT UNION, ) | |
| ) | |
| Defendants. ) | |

**F I L E D**
JUL 1 6 2001
Phil Lombardi, Clerk
U.S. DISTRICT COURT

## MOTION OF DEFENDANT FRATERNAL ORDER OF POLICE CREDIT UNION FOR DISMISSAL WITH PREJUDICE

For the reasons described in the status report filed concurrently with this motion, Defendant Fraternal Order of Police Credit Union requests the Court to enter an order dismissing Plaintiff's lawsuit against the Fraternal Order of Police Credit Union with prejudice.

ELLER AND DETRICH
A Professional Corporation

By: /s/ John H. Lieber
JOHN H. LIEBER, OBA #5421
2727 East 21st Street
Suite 200, Midway Building
Tulsa, Oklahoma 74114
(918) 747-8900



## CERTIFICATE OF MAILING

I, John H. Lieber, hereby certify that on the 16th day of July, 2001, a true and correct copy of the foregoing instrument was mailed with sufficient postage prepaid thereon to the following:

Mr. Dale Ellis
2624 East 21st Street, Ste. One
Tulsa, Oklahoma 74114

Mr. Dale Ellis
P.O. Box 316
Disney, Oklahoma 74340

John H. Lieber

2