IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMIE MEYERS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 00-CV-674-H(M) ) |
| THE CITY OF TULSA, a municipal Corporation, THE FRATERNAL ORDER OF POLICE CREDIT UNION, | ) ) ) ) |
| Defendants. | ) ) |

F I L E D

AUG 0 9 2001

Phil Lombardi, Clerk
U.S. DISTRICT COURT

## ORDER OF DISMISSAL WITH PREJUDICE

Upon motion of Defendant Fraternal Order of Police Credit Union, and based on the Status Report submitted by that Defendant, the Court hereby orders that Plaintiff's lawsuit against Defendant Fraternal Order of Police Credit Union is hereby dismissed with prejudice.

Sven Erik Holmes,
United States District Court Judge

E:\CUMIS\Meyers, Jamie\Order of Dismissal.doc